IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA REDD, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>               Defendant. | Case No. 1:22-cv-06779<br><br>Hon. Elaine E. Bucklo |

## **DECLARATION**

I, Ryan Spear, hereby declare as follows:

1. I am an attorney with Perkins Coie LLP, which represents defendant Amazon Web Services, Inc. ("AWS") in this litigation. I am over the age of 18 and competent to testify as to the matters in this Declaration. I make this Declaration based on my personal knowledge.

2. Perkins Coie actively tracks lawsuits under the Illinois Biometric Information Privacy Act ("BIPA"). As a result of that effort, I am aware that more than 1,500 putative class actions have been filed under BIPA.

3. Attached as **Exhibit A** is a true and correct copy of a publicly available document published in October 2021 by the U.S. Chamber of Commerce's Institute for Legal Reform and titled *A Bad Match: Illinois and the Biometric Information Privacy Act*. This document was retrieved at my direction from the Institute's website and is accessible at https://instituteforlegalreform.com/wp-content/uploads/2021/10/ILR-BIPA-Briefly-FINAL.pdf.

4. Attached as **Exhibit B** is a true and correct copy of the publicly available "Amazon Rekognition FAQs" page. This document was retrieved at my direction from the AWS website and is accessible at https://aws.amazon.com/rekognition/faqs/?nc=sn&loc=7.

DECLARATION OF RYAN SPEAR
(No. 1:22-cv-06779) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

5. Attached as **Exhibit C** is a true and correct copy of the publicly available AWS Customer Agreement. This document was retrieved at my direction from the AWS website and is accessible at https://aws.amazon.com/agreement/.

6. Attached as **Exhibit D** is a true and correct copy of the publicly available AWS Service Terms. This document was retrieved at my direction from the AWS website and is accessible at https://aws.amazon.com/service-terms/.

7. Attached as **Exhibit E** is a true and correct copy of a publicly available document published by AWS and titled *Using AWS in the Context of Common Privacy and Data Protection Considerations*. This document was retrieved at my direction from the AWS website and is accessible at https://d1.awsstatic.com/whitepapers/compliance/Using_AWS_in_the_context_of_Common_Privacy_and_Data_Protection_Considerations.pdf.

8. Attached as **Exhibit F** is a true and correct copy of the publicly available "AWS Data Privacy FAQ" page. This document was retrieved at my direction from the AWS website and is accessible at https://aws.amazon.com/compliance/data-privacy-faq/.

9. Attached as **Exhibit G** is a true and correct copy of a Memorandum Opinion and Order issued in *Hogan v. Amazon.com, Inc.*, No. 21CH02330 (Ill. Cir. Ct. Dec. 6, 2022).

10. Attached as **Exhibit H** is a true and correct copy of a Report of Proceedings in *Guszkiewicz v. Beelman Truck Co.*, No. 2021L001248 (Ill. Cir. Ct. Nov. 2, 2022).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED at Seattle, Washington, this 17th day of January, 2023.

*/s/ Ryan Spear*
Ryan Spear

DECLARATION OF RYAN SPEAR
(No. 1:22-cv-06779) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000