# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Cynthia Redd ,

Plaintiff(s),

v.

Amazon Web Services, Inc., ,

Defendant(s).

Case No. 1:22-cv-06779
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of the Defendant Amazon Web Services, Inc. and against Plaintiff Cynthia Redd.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to dismiss  [17].

Date:  5/17/2023

Thomas G. Bruton, Clerk of Court

Maria G. Hernandez , Deputy Clerk